An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EARNEST PHILLIPS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66613

**FILED**

OCT 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

EARNEST PHILLIPS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66614

EARNEST PHILLIPS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66672

EARNEST PHILLIPS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66690

## ORDER DISMISSING APPEALS

These are proper person appeals from decisions denying a motion for dismissal, motion to suppress identification, motion to compel disclosure of exculpatory evidence, and a motion for a pretrial evidentiary

SUPREME COURT
OF
NEVADA

(O) 1947A

14-35488

hearing. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:  Hon. Kathleen E. Delaney, District Judge
Earnest Phillips
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk